# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>NAMIR WHITE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-1481-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2017__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ryan W. Rooney, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/03/2017__

_____
*Judge's signature*

City and state: __Philadelphia PA__   U.S. Magistrate Judge CAROL S. MOORE WELLS
*Printed name and title*

## **Affidavit**

**I, Ryan W. Rooney, being duly sworn, depose and state as follows:**

### A. **BACKGROUND**

1. I, Ryan W. Rooney, am a Special Agent for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2014. I am currently assigned to ATF Philadelphia Group VII, which is a Firearms Enforcement Group, whose primary responsibilities include investigating violent crime through the interdiction of firearms being possessed or used by violent criminals in Philadelphia, Pennsylvania. During my career as an ATF Agent, I have applied for and executed Federal search warrants and seized evidence in accordance with the probable cause set forth in the affidavits. I have led investigations related to firearms trafficking and I have arrested individuals in violation of Federal firearms laws; I am familiar with evidence needed in a criminal complaint affidavit to establish probable cause.

2. The information contained in this affidavit is known to me personally or has been relayed to me by other law enforcement officers, or individuals assisting law enforcement officers, as indicated below. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause to secure authorization to arrest Namir WHITE, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to arrest WHITE for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

1

**B.  THE CRIMINAL INCIDENT**

3.      In August of 2017, ATF Agents, using information provided by a confidential informant, herein to be referred to as [CS-1],[1] were conducting an investigation into Namir WHITE a/k/a "Na." WHITE has two felony convictions in the Commonwealth of Pennsylvania, both for possession with intent to deliver narcotics.  CS-1 informed investigators that White had engaged CS-1 in unmonitored conversations regarding the sale of a firearm.

4.      On August 22, 2017, CS-1 placed a consensually monitored and recorded telephone call over telephone number [267-816-0420] [2] to WHITE to discuss the possible purchase of firearms. WHITE offered to sell two handguns to CS-1 for a total of approximately $2,000 cash.

In summary, CS-1 stated "...Na you on speaker bro what you want for your two gats bro..." WHITE responded by saying "...twenty-one ..." CS-1 stated "...he said not twenty-one...you ain't going down..." WHITE stated "...best I could do is two grand because I got somebody who is going to buy the pound right now..." CS-1 stated "...you said somebody want to buy the pound..." WHITE stated "...yeh so the best I can do is two thousand no better than that..." CS-1 stated "...he said $1,800..." WHITE responded "...No..." CS-1 stated "...alright he say he do it for the two bens..." WHITE responded "...alright I'm waiting for you I'm on my way to the P now..." CS-1 stated "...alright what you going to do go to my grandmas spot..." WHITE responded "...yeh..." The call subsequently ended.

---

1 CS-1 is a registered ATF confidential informant.
2 The Cellular telephone number is issued by T-Mobile and subscribed to by NA Guess, 2552 S. 66th Street, Philadelphia, PA. "NA" is a White's nickname known by investigators and 2552 S 66th street is an address of record for Namir WHITE

2

5. Based on WHITE's offer, CS-1 went with ATF investigators to the area of 2100 Morris Street, Philadelphia, Pennsylvania, to conduct a controlled purchase the two firearms from WHITE[3]. The investigators provided CS-1 with funds to purchase the guns, and equipped CS-1 with a recording device. The Investigators then established a surveillance to watch as the transaction progressed. During surveillance, Agent Rooney observed CS-1 meet with WHITE in front of 2120 Morris Street and get into the passenger seat of WHITE's vehicle, a 2014 Black Chevrolet Cruze, Pennsylvania registration KKX9676.

6. Inside the car, WHITE told CS-1 that he only had one, 9mm handgun for sale. CS-1 then called Agent Rooney who told CS-1 to purchase the 9mm firearm for $1,000. WHITE reached into the backseat of the car and retrieved the 9mm firearm for CS-1. CS-1 gave WHITE $2,000 in government funds and told WHITE to count out and take $1,000 in cash for the firearm. WHITE did so. During the transaction, WHITE assured CS-1 that the firearm was operable. CS-1 subsequently left the vehicle with the gun and the remaining cash, and walked directly back to Agent Rooney's vehicle. At this time CS-1 provided Agent Rooney with the gun, a SCCY, Model CPX-2, 9mm pistol, serial number 183841 and the remaining $1,000 in government funds that were not used during the controlled buy.

7. Based on my training and experience, and from the facts above, I know that on August 22, 2017, WHITE possessed the SCCY, Model CPX-2, 9mm pistol, serial number 183841. From my experience I know that SCCY firearms are manufactured outside the

---

[3] A "controlled purchase" is when investigators use an undercover officer and/or a confidential informant to purchase evidence, such as a firearm, from subjects of an investigation. Audio/Video electronic surveillance equipment is used to record the transaction and physical surveillance is conducted by investigators.

Commonwealth of Pennsylvania. Additionally, I have received and reviewed certified copies of convictions for Namir WHITE, which show that he has been convicted of felony offenses on two separate occasions and is therefore is prohibited from possessing firearms under Federal law.

## C. **CONCLUSION**

Therefore, I request that an arrest warrant be issued for Namir WHITE, charging him with a violation of Title 18 U.S.C. Section 922(g)(1) - felon in possession of a firearm.

_____
Ryan W. Rooney
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 3rd DAY
OF NOVEMBER, 2017.

_____
HONORABLE CAROL S. MOORE WELLS
United States Magistrate Judge

4